NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PALMETTO PHARMACEUTICALS LLC,**
*Plaintiff-Appellant*

**v.**

**ASTRAZENECA PHARMACEUTICALS LP,**
*Defendant-Cross-Appellant*

---

2016-1455, 2016-1501

---

Appeals from the United States District Court for the District of South Carolina in No. 2:11-cv-00807-SB, Senior Judge Solomon Blatt, Jr.

---

**JUDGMENT**

---

JOHN PAUL ISACSON, Perkins Coie, LLP, Washington, DC, argued for plaintiff-appellant. Also represented BY COLIN GENE SANDERCOCK; DAVID J. HARTH, DAVID R. PEKAREK KROHN, JOHN SINGLETON SKILTON, Madison, WI; DAN L. BAGATELL, Hanover, NH.

CHRISTOPHER NEIL SIPES, Covington & Burling LLP, Washington, DC, argued for defendant-cross-appellant. Also represented by STEPHEN PIERCE ANTHONY, ISAAC CHAIM BELFER, ROBERT JASON FOWLER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 9, 2016                      /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court